403-15

# ELECTRONIC RECORD

COA #14-13-00958-CR

OFFENSE: Murder

STYLE: Jairo Umanzor v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 228th District Court

DATE: March 26, 2015   Publish: No

TC CASE #: 1349385

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jairo Umanzor v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___06/24/15___

JUDGE: ___Per Curiam___

CCA Disposition: ___403-15___

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**